# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3926

_____

Mary Ruth Hartman,                              *
                                                *
          Appellant,                            *
                                                *   Appeal from the United States
     v.                                         *   District Court for the
                                                *   District of Minnesota.
Jon Juenger; County of Mower,                   *
Minnesota,                                      *   [UNPUBLISHED]
                                                *
          Appellees.                            *

_____

Submitted:  December 13, 2007
Filed:  December 18, 2007

_____

Before BYE, RILEY, and MELLOY, Circuit Judges.

_____

PER CURIAM.

    Mary Ruth Hartman appeals the district court's[1] adverse grant of summary judgment in her 42 U.S.C. § 1983 lawsuit.  Having carefully considered Hartman's arguments and conducted de novo review of the record, see Williams v. City of Carl Junction, Mo., 480 F.3d 871, 873 (8th Cir. 2007), we find no basis for reversal. Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

_____

    [1]The Honorable Ann D. Montgomery, United States District Judge for the District of Missouri.